**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JAN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DARRELL NEWTON,                          )
                                          )
               **Plaintiff,**              )
                                          )
        **v.**                      )  **Civil Case No. 1:06-cv-1583 (RJL)**
                                          )
**UNITED STATES OF AMERICA**, *et al.*,   )
                                          )
         **Defendants.**             )

<u>**ORDER**</u>
(January 24, 2007)

Plaintiff filed this civil action on September 12, 2006. There is no proof on the record or the docket that plaintiff ever served the defendant with a summons or a copy of the complaint. On January 8, 2007, the Court ordered the plaintiff to show cause by January 22, 2007 why this action should not be dismissed for failure to serve defendants. "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). To date, plaintiff has not provided proof of service. Accordingly, it is hereby

**ORDERED** that this action is dismissed without prejudice.

     **SO ORDERED.**

RICHARD J. LEON
United States District Judge

